STATE OF NEW JERSEY v. BARRY ABRAMS.

September 20, 1976. Petition for certification granted. (See 140 *N. J. Super.* 232)

STATE OF NEW JERSEY v. OSCAR RODRIGUEZ.

September 20, 1976. Petition for certification denied. (See 141 *N. J. Super.* 7)

STATE OF NEW JERSEY v. STEVEN THOMAS.

September 20, 1976. Petition for certification granted. (See 140 *N. J. Super.* 429)

STATE OF NEW JERSEY v. WILLIAM TAYLOR.

September 20, 1976. Petition for certification denied. (See 139 *N. J. Super.* 301)

STATE OF NEW JERSEY v. SAMUEL JEROME ROBINSON.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. JOHNSON.

September 20, 1976. Petition for certification denied.